PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Claribel Morrobel**                     Docket No.07-1013 (JLL)

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Daniel Milne** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Claribel Morrobel**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares** sitting in the Court at Newark, New Jersey, on December 19, 2007, under the following conditions: $200,000 unsecured appearance bond; report to Pretrial Services agency; surrender passport, not to apply for travel documents; and travel is restricted to the District of New Jersey.

The defendant entered a guilty plea to an Information on December 19, 2007 before Your Honor. Sentencing is scheduled for March 28, 2008.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER a mental health evaluation and treatment as deemed necessary by Pretrial Services.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 19th day of Feb, 2008 and ordered filed and made a part of the records in the above case. | Executed on 2/19/08 |
| /s/ Honorable Jose L. Linares<br>U.S. District Judge | /s/ Daniel Milne<br>U.S. Pretrial Services Officer |