IACULLO MARTINO, LLC
247 FRANKLIN AVENUE
NUTLEY, NEW JERSEY 07110
(973) 235-1550
ATTORNEYS FOR DEFENDANT
Claribel Morrabel

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Hon. Jose L. Linares<br><br>CRIMINAL NO.: 07-1013 (JLL) |
| vs. | |
| Claribel Morrabel<br>Defendant | CONSENT ORDER |

THIS MATTER having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Claribel Morrabel and on notice to the United States Attorney's Office by and through Mark E. Coyne, Assistant United States Attorney, seeking an Order allowing Defendant Claribel Morrabel to attend a family picnic on Sunday, August 24, 2008 between the hours of 9:00 a.m. until 9:00 p.m. The address is 2815 Arcadia Avenue, Allentown, P.A. and the parties having consented to same, and good cause having been shown:

IT IS on this _22nd_ day of _August_, 2008

**ORDERED** that

all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within ___5___ days of the date hereof.

_____
Honorable Jose L. Linares
United States District Judge

I hereby consent to the form and entry of the within Order.

_____                    _____
Mark E. Coyne                                Anthony J. Iacullo, Esq.
Assistant US Attorney                        Counsel for Defendant Claribel Morrobel

Signed on behalf of
Mark Coyne With
Permission.  MA  8/21/08

1